TONY ZUPANCIC, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 23243.) — Judgment affirmed, with costs. All concur. (The judgment

awards damages for injuries sustained by an automobile colliding with a water tank in the roadway.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.